Appellant insists that his conviction was upon false and perjured testimony and that, because thereof, it should be set aside.

In pursuance of that insistence, appellant presented to the Judge of the County Court at Law No. 2, of Bexar County, Texas, his application for the writ of habeas corpus, seeking to be discharged from further liability under the judgment. The writ was granted.

Upon the hearing, the foregoing facts were developed, after which the relief prayed for by the writ of habeas corpus was denied.

This appeal is from that order.

The alleged false testimony on the part of the witness Walker was a matter that went only to his credibility as a witness. It did not have reference to any material fact touching appellant's guilt.

We are unable to agree that, under the facts stated, appellant's conviction rests in whole or in part upon false and perjured testimony.

The judgment is affirmed.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is passing a forged instrument; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.